JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO M. TAYLOR,<br><br>         Petitioner,<br><br>    v.<br><br>USP WARDEN MILUNSIC,<br><br>         Respondent. | Case No. 2:19-cv-7060-MWF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are **DISMISSED without prejudice**.

DATED: September 14, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge